**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2021

# BREDHOFF & KAISER, P.L.L.C.

*Attorneys & Counselors*

805 Fifteenth Street NW – Suite 1000
Washington, D.C. 20005
(202) 842-2600 TEL
(202) 842-1888 FAX
www.bredhoff.com

Bruce R. Lerner
Andrew D. Roth
Roger Pollak
Anne Ronnel Mayerson
Leon Dayan
Devki K. Virk
Robert Alexander
Matthew Clash-Drexler
Abigail V. Carter
Kathleen Keller
Joshua B. Shiffrin
Jenifer A. Cromwell
Ramya Ravindran
Jacob Karabell
Caitlin Kekacs

Elliot Bredhoff
(1921 – 2004)
Henry Kaiser
(1911 - 1989)

Adam Bellotti
Joshua A. Segal
Elisabeth Oppenheimer
Georgina C. Yeomans
April H. Pullium
Joshua A. Rosenthal
Dana M. Krohn
————
Richard F. Griffin, Jr.
Deva A. Kyle
Tzvi Mackson*
Of Counsel
————
Robert M. Weinberg
Julia Penny Clark
Jeremiah A. Collins
Mady Gilson
John M. West
Senior Counsel

*Licensed in New York Only

March 23, 2021

**Via ECF**
Hon. Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    Re:    *I.A.M. National Pension Fund et al. v. British Airways PLC*, No. 21-cv-1511 (VEC)

Dear Judge Caproni:

    This law firm represents Plaintiffs I.A.M. National Pension Fund and Board of Trustees of the I.A.M. National Pension Fund in the above-captioned matter. We write, with the consent of Defendant British Airways PLC, to request an adjournment of the Initial Pretrial Conference currently scheduled for April 9, 2021 at 10:30 a.m., as well as the joint letter currently due by April 1, 2021. There have been no previous requests for adjournment in this matter. All parties join in this request.

    There is good cause to grant the requested adjournment. This is a collection action by a multi-employer pension fund against a contributing employer for amounts allegedly owed by the employer to the fund. The parties are currently in active discussions about the alleged debts at issue in this case and whether it is possible to resolve this matter through settlement. The parties wish to conserve judicial and other resources devoted to this litigation while those discussions are ongoing. British Airways executed a waiver of service, and its answer is presently due April 23, 2021.

Page 2

   Accordingly, the parties respectfully request that the court adjourn the Initial Pretrial Conference for 60 days, to a date on or after June 8, 2021, and adjourn the joint letter deadline accordingly.

   Thank you for your time and attention to this matter.

                 Respectfully submitted,

                 */s/ Joshua B. Shiffrin*
                 Joshua B. Shiffrin

cc via email: Richard Mendles, General Counsel, Americas, British Airways PLC (richard.mendles@ba.com)

---

Application GRANTED.  The initial pretrial conference, currently scheduled for Friday, April 9, 2021, is hereby adjourned to **Friday, June 16, 2021, at 11:00 A.M.**  Pre-conference submissions are due no later than **Thursday, June 8, 2021**.  For the conference dial in information and a description of the pre-conference submissions, the parties should consult the Notice of Initial Pretrial Conference at docket entry 9.

SO ORDERED.

*[signature]*  Date: March 23, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE