USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
I.A.M. NATIONAL PENSION FUND AND :
BOARD OF TRUSTEES OF THE :
I.A.M. NATIONAL PENSION FUND, :
:
                            Plaintiffs, :      21-CV-1511 (VEC)
:
           -against- :      <u>ORDER</u>
:
BRITISH AIRWAYS PLC, :
                            Defendant. :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 23, 2021, the parties informed the Court that they were in settlement negotiations, Letter, Dkt. 11;

       WHEREAS on March 23, 2021, the Court adjourned the pretrial conference from April 9, 2021 to June 16, 2021 to give the parties time to reach a settlement, Endorsement, Dkt. 12;

       WHEREAS Defendant's deadline to answer, move, or otherwise respond to the Complaint was April 23, 2021, Dkt. 10;

       WHEREAS Defendant has not answered the Complaint; and

       WHEREAS Defense counsel has not filed a notice of appearance in this matter;

       IT IS HEREBY ORDERED that Defense counsel must file a notice of appearance by no later than **Friday, May 14, 2021**.

       IT IS FURTHER ORDERED that Defendant must answer, move, request a deadline adjournment, or otherwise respond to the Complaint by no later than **Friday, May 21, 2021**. Failure to answer the Complaint will result in an order requiring Plaintiff to move for an order to show cause why default judgment should not be entered against Defendant.

IT IS FURTHER ORDERED that by no later than **Tuesday, May 11, 2021**, Plaintiff's counsel must serve this Order on Defense counsel. Plaintiff's counsel must file proof of such service on the docket by no later than **Wednesday, May 12, 2021**.

**SO ORDERED.**

**Date: May 7, 2021**
      **New York, New York**

      **VALERIE CAPRONI**
      **United States District Judge**